RECEIVED
IN MONROE, LA

MAR 0 1 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| NICHOLAS ROSS McCULLEN | CIVIL ACTION NO. 06-1337 |
| VERSUS | JUDGE ROBERT G. JAMES |
| JAMES HARRISON | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 8], determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff's Complaint [Doc. No. 1] is DISMISSED WITHOUT PREJUDICE failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and Local Rule 41.3W.

MONROE, LOUISIANA, this ___1___ day of March, 2007.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE